# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ERICK BERNAL-PEREZ,<br><br>                    Defendant. | CASE NO. 16-cr-00697-JAH<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

    18:111(a),(b) - Assault on a Federal Officer (Felony)(1)

    8:1326(a),(b) - Attempted Reentry of Removed Alien (Felony)(2)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/13/20106

                                                  William V. Gallo
                                                  U.S. Magistrate Judge



FILED
MAY 13 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY